PHILLIP A. TALBERT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4041

Attorney for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PRADEEP KUNDUR,<br><br>Defendant. | Case No. 1:23-po-00135-SAB<br><br>[Citation #9336847; CA74]<br><br>MOTION TO VACATE TRIAL AND REQUEST FOR TRAFFIC SCHOOL AND ORDER TO VACATE |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Arelis M. Clemente, Assistant United States Attorney, hereby moves to vacate the trial in Case No. 1:23-po-00135-SAB [Citation #9336847; CA74] against PRADEEP KUNDUR.  Defendant stated he will attend traffic school and requested the trial date be vacated. Therefore, the United States moves to vacate the trial and allow defendant to attend traffic school.

DATED: January 4, 2024              Respectfully submitted,

                          PHILLIP A. TALBERT
                          United States Attorney

                    By:   /s/ *Arelis M. Clemente*
                          ARELIS M. CLEMENTE
                          Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that the trial in Case No. 1:23-po-00135-SAB [Citation #9336847; CA74] against PRADEEP KUNDUR be vacated and defendant be allowed to attend traffic school.

IT IS SO ORDERED.

Dated:   **January 4, 2024**

_____
UNITED STATES MAGISTRATE JUDGE